JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALICIA WU HE & RICHENG ZHU,<br><br>Plaintiffs,<br><br>v.<br><br>DIR LA ASYLUM OFC; DIR LA DIST; USCIS; DIR USCIS; SEC DHS; US AG,<br><br>Defendants. | Case No. 2:22-cv-07309-RGK-AFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S CIVIL ACTION WITHOUT PREJUDICE [16]**<br><br>Hon. R. Gary Klausner |

Plaintiffs Alicia Wu He and Richeng Zhu ("Plaintiffs") and defendants Dir LA Asylum Ofc; Dir LA Dist; USCIS; Dir USCIS; Sec DHS; US AG (hereinafter collectively, the "Federal Defendants") having filed a Joint Stipulation To Dismiss Plaintiff's Civil Action Without Prejudice,

IT IS HEREBY ORDERED:

1. This action is dismissed in its entirety without prejudice; and
2. Plaintiffs and the Federal Defendants shall respectively bear their own costs of suit and fees.

Dated: 12/20/2022

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Wei Kit (Ricky) Tai*
_____
Wei Kit (Ricky) Tai, Esq.
Assistant United States Attorney
Attorneys for Federal Defendants